IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES HART,<br><br>                Defendant. | **8:17CR186**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on January 9, 2023 regarding Petition for Offender Under Supervision [81]. Michael Hansen represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant requested a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The preliminary hearing is scheduled before U.S. Magistrate Judge Susan M. Bazis in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on January 12, 2023.

The government moved for detention based upon risk of flight and danger. The government requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge Susan M. Bazis in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on January 12, 2023. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 9th day of January, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge