IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JAMES HART,<br><br>                    Defendant. | **8:17CR186**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

       The defendant appeared before the Court on April 23, 2024 regarding Fourth Amended Petition for Offender Under Supervision [107].  Michael Hansen represented the defendant.  Kimberly Bunjer represented the government on behalf of Matt Lierman.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

       The government made an oral motion to dismiss Petition for Offender Under Supervision [81], Amended Petition for Offender Under Supervision [100], Second Amended Petition for Offender Under Supervision [103], and Third Amended Petition for Offender Under Supervision [104].  The government's oral motion to dismiss Petition for Offender Under Supervision [81], Amended Petition for Offender Under Supervision [100], Second Amended Petition for Offender Under Supervision [103], and Third Amended Petition for Offender Under Supervision [104] is granted without objection.

       The defendant requested a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The preliminary hearing is scheduled before U.S. Magistrate Judge F.A. Gossett in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on May 2, 2024

       The government moved for detention based upon risk of flight and danger.  The defendant requested a continuance of the detention hearing.  The detention hearing is continued to U.S. Magistrate Judge F.A. Gossett in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:00 a.m. on May 2, 2024. The defendant will remain detained pending further order of the court.

       **IT IS SO ORDERED**.

       Dated this 23rd day of April, 2024.

                                                                                              BY THE COURT:

                                                                                              s/ F.A. Gossett, III
                                                                                              United States Magistrate Judge